

# NUMBER 13-14-00490-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE PRIME INSURANCE COMPANY

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Perkes and Longoria
### Per Curiam Order

On October 16, 2014, this Court conditionally granted a petition for writ of mandamus filed by Prime Insurance Company ("Prime") seeking to enforce a forum selection clause. *See In re Prime Ins. Co.*, No. 13-14-00490-CV, 2014 WL 5314514, at *1 (Tex. App.—Corpus Christi Oct. 16, 2014, orig. proceeding) (mem. op.). Specifically, we directed the trial court to vacate its orders denying Prime's motions to dismiss the underlying lawsuit and to sign an order granting Prime's motion to dismiss the underlying lawsuit. *See id.* at *12.

On October 31, 2014, real parties in interest, RZQ, L.L.C., Hameed Quraishi, M.D., Rafath Quraishi, M.D., Aadam Quraishi, and Advanced Medical Imaging, L.L.C., filed a motion for rehearing. That same day, Prime filed an "Unopposed Emergency Motion for Temporary Relief" through which it sought to stay trial court proceedings pending disposition of the motion for rehearing. According to Prime, the trial court had set a hearing for November 4, 2014 at 9:00 a.m. on Prime's motion to dismiss, despite this Court's ruling, and appellees had served Prime with a subpoena duces tecum requesting that Prime produce a witness and documents, at that same hearing, pertaining to other claims or lawsuits involving Prime policies over a four-year period of time. This Court granted Prime's motion to stay all trial court proceedings. In so ruling, we stated that "[w]e assume that the forementioned trial court proceedings must have been scheduled in error because we are confident that the trial court and parties would not intentionally violate this Court's directive."

We have now reviewed the motion for rehearing and the response thereto. The Court, having examined and fully considered the motion for rehearing and response, is of the opinion that the motion for rehearing should be denied. Accordingly, the stay previously imposed by this Court is LIFTED. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). The motion for rehearing is DENIED. We are confident that the trial court will act promptly in following this Court's directive to vacate its orders denying Prime's motions to dismiss the underlying lawsuit and to sign an order granting Prime's motion to dismiss the underlying lawsuit.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
11th day of February, 2015.